FILED
5/8/17 5:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-21115-GLT |
| Gina M. Pantelis, | : | |
| Debtor | : | Chapter 13 |
| | : | Related to Document No. 27 |
| Lawrence W. Willis, Esquire/ | : | |
| Willis & Associates, | : | |
| Movant | : | Hearing Date and Time: |
| | : | May 22, 2017 at 11:00 AM |
| vs. | : | |
| Ronda J. Winnecour, Esquire / | : | |
| Chapter 13 Trustee | : | |
| Respondents | : | |

## ORDER

*AND NOW*, this __8th__ day of __May__, 2017, it is **ORDERED, ADJUDGED AND DECREED** that *Meeting of Creditors 341 (a) meeting* originally scheduled to be held on *May 22, 2017* at *11:00 a.m.* will be rescheduled via separate Order.

BY THE COURT:

Dated: 5/8/17

cm: Lawrence Willis, Esq.

Gregory R. Taddonio,    hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-21115-GLT
Gina M. Pantelis                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: May 09, 2017
                        Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2017.
db             +Gina M. Pantelis,   3012 Pyramid Ave,   Pittsburgh, PA 15227-2803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:
      Lawrence W. Willis    on behalf of Debtor Gina M. Pantelis help@urfreshstrt.com, urfreshstrt@gmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                                                                                            TOTAL: 5