**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 17−21115−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Gina M. Pantelis
   aka Gina Kurtz
   3012 Pyramid Ave
   Pittsburgh, PA 15227

Social Security No.:
   xxx−xx−0765

Employer's Tax I.D. No.:

| | |
|---|---|
| NAME/ADDRESS OF ATTORNEY FOR DEBTOR<br>Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 400<br>Pittsburgh, PA 15235<br>Telephone number:  412−825−5170 | NAME/ADDRESS OF TRUSTEE<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 12, 2017<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 12, 2017<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 5/9/17                                                                  BY THE COURT

                                                                               Gregory L. Taddonio
                                                                               Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21115-GLT
Gina M. Pantelis                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr               Page 1 of 2               Date Rcvd: May 09, 2017
                              Form ID: rsc             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
```
db          +Gina M. Pantelis,    3012 Pyramid Ave,    Pittsburgh, PA 15227-2803
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14387074    +At&t,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2694
14387076    +Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
              Greenville, SC 29603-0826
14387075    +Bank of New York Mellon,    1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
14404363    +Comcast Cable,    PO Box 3005,    Southeastern, PA 19398-3005
14387078     Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219
14404365    +Goehring Rutter & Boehm,    437 Grant Street,    14th Floor,    Pittsburgh, PA 15219-6107
14405423    +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14387080    +Hladik, Onorato & Federman,    298 Wissahickon Avenue,    North Wales, PA 19454-4114
14388410    +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14387083    +Peoples Natural Gas Co.,    375 North Shore Dr., Suite 600,    Pittsburgh, PA 15212-5866
14387085    +SHELLPOINT MORTGAGE SERVICES,    PO BOX 961252,    Fort Worth, TX 76161-0252
14387086    +Verizon,   PO Box 25505,    Lehigh Valley, PA 18002-5505
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2017 00:44:10      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA 17128-0946
14387073    +E-mail/Text: ally@ebn.phinsolutions.com May 10 2017 00:43:50      Ally Financial,
              PO Box 130424,    Saint Paul, MN 55113-0004
14396324     E-mail/Text: ally@ebn.phinsolutions.com May 10 2017 00:43:50      Ally Financial,
              PO Box 130424,    Roseville MN 55113-0004
14416154    +E-mail/Text: bankruptcy@clearviewfcu.org May 10 2017 00:44:14
              Clearview Federal Credit Union,    8805 University Blvd,    Moon Township, PA 15108-4212
14387077    +E-mail/Text: bankruptcy@clearviewfcu.org May 10 2017 00:44:14
              Clearview Federal Credit Union,    8805 University Blvd,    Coraopolis, PA 15108-4212
14387079    +E-mail/Text: bankruptcy.notices@hdfsi.com May 10 2017 00:44:31      HARLEY DAVIDSON CREDIT,
              3850 ARROWHEAD DR,    Carson City, NV 89706-2016
14387081     E-mail/Text: JCAP_BNC_Notices@jcap.com May 10 2017 00:44:25      Jefferson Capital Systems, LLC,
              PO BOX 7999,    Saint Cloud, MN 56302
14387082    +E-mail/Text: bkr@cardworks.com May 10 2017 00:43:49      MERRICK BANK,    POB 1500,
              Draper, UT 84020-1500
14387084    +E-mail/Text: csidl@sbcglobal.net May 10 2017 00:44:28      Premier Bankcard/ Charter,
              P.O. Box 2208,    Vacaville, CA 95696-8208
                                                                                              TOTAL: 9
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           Duquesne Light Company
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14404358*   +Ally Financial,    PO Box 130424,    Saint Paul, MN 55113-0004
14404359*   +At&t,   One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2694
14404360*   +Bank of New York Mellon,    1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
14404361*   +Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
              Greenville, SC 29603-0826
14404362*   +Clearview Federal Credit Union,    8805 University Blvd,    Coraopolis, PA 15108-4212
14404364*    Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219
14404366*   +HARLEY DAVIDSON CREDIT,    3850 ARROWHEAD DR,    Carson City, NV 89706-2016
14404367*   +Hladik, Onorato & Federman,    298 Wissahickon Avenue,    North Wales, PA 19454-4114
14404368*  ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
             (address filed with court:   Jefferson Capital Systems, LLC,    PO BOX 7999,
              Saint Cloud, MN 56302)
14404369*   +MERRICK BANK,    POB 1500,    Draper, UT 84020-1500
14404370*   +Peoples Natural Gas Co.,    375 North Shore Dr., Suite 600,    Pittsburgh, PA 15212-5866
14404371*   +Premier Bankcard/ Charter,    P.O. Box 2208,    Vacaville, CA 95696-8208
14404372*   +SHELLPOINT MORTGAGE SERVICES,    PO BOX 961252,    Fort Worth, TX 76161-0252
14404373*   +Verizon,   PO Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                 TOTALS: 1, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: gamr              Page 2 of 2            Date Rcvd: May 09, 2017
                              Form ID: rsc            Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:
              Lawrence W. Willis    on behalf of Debtor Gina M. Pantelis help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5