UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gina M. Pantelis | : | No. 17-21115-GLT |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Ally Financial | : | Hearing Date: 6/14/17 at 9:00 a.m. |
| | : | |
| Movant | : | Response Date: 5/29/17 |
| | : | |
| vs. | : | |
| | : | |
| Gina M. Pantelis | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on June 2, 2017.

The type of service made on the parties was first-class mail.

U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Gina M. Pantelis
3012 Pyramid Ave.
Pittsburgh, PA 15227

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Lawrence W. Willis, Esq.
201 Penn Center Blvd.
Suite 400
Pittsburgh, PA 15235

Executed on: 6/2/17

Attorney for Movant

/s/ Brett Solomon
Brett A. Solomon, Esquire
Pa. I.D. #83746
bsolomon@tuckerlaw.com
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-566-1212