FILED
6/1/17 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gina M. Pantelis | : | No. 17-21115-GLT |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Ally Financial | : | Hearing Date: 6/14/17 at 9:00 a.m. |
| | : | |
| Movant | : | Response Date: 5/29/17 |
| | : | |
| vs. | : | |
| | : | |
| Gina M. Pantelis | : | Related to Docket No. 35 |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This _1st Day of June_____, 2017, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's certification of service and certificate of no objection, it is

ORDERED that the above-captioned Motion is granted insofar as it requests relief from the automatic stay imposed by 11 U.S.C. Section 362 (and, to the extent that relief from the Co-Debtor stay was requested in the Motion, relief from stay is granted under §1301) and hereby is modified to permit Movant to foreclose its security interest in the 2015 Mitsubishi Outlander (VIN 4A4AP4AW5FE030397).

Movant shall, within five (5) days hereof, serve a copy of the within order on parties in interest (unless they are otherwise served) and file a certificate of service.

Gregory / Taddonio    **drb**
United States Bankruptcy Judge

cc:    Brett A. Solomon, Esquire
       TUCKER ARENSBERG, P.C.
       1500 One PPG Place
       Pittsburgh, Pennsylvania 15222

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-21115-GLT
Gina M. Pantelis                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Jun 01, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2017.
db             +Gina M. Pantelis,    3012 Pyramid Ave,    Pittsburgh, PA 15227-2803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lawrence W. Willis    on behalf of Debtor Gina M. Pantelis help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8