Form RSC

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17–21115–GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

    Gina M. Pantelis
    aka Gina Kurtz
    3012 Pyramid Ave
    Pittsburgh, PA 15227

Social Security No.:
    xxx–xx–0765

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Lawrence W. Willis | Ronda J. Winnecour |
| Willis & Associates | Suite 3250, USX Tower |
| 201 Penn Center Blvd | 600 Grant Street |
| Suite 400 | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15235 | Telephone number:  412–471–5566 |
| Telephone number:  412–825–5170 | |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| July 31, 2017 | July 31, 2017 |
| 11:00 AM | 11:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 6/14/17

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21115-GLT
Gina M. Pantelis                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2          Date Rcvd: Jun 14, 2017
                             Form ID: rsc            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2017.
db          +Gina M. Pantelis,    3012 Pyramid Ave,    Pittsburgh, PA 15227-2803
cr          +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
              Pittsburgh, Pa 15222-5413
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
cr          +School District of Pittsburgh,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
              Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
14387074    +At&t,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2694
14387076    +Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
              Greenville, SC 29603-0826
14387075    +Bank of New York Mellon,    1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
14404363    +Comcast Cable,    PO Box 3005,    Southeastern, PA 19398-3005
14387078     Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219
14404365    +Goehring Rutter & Boehm,    437 Grant Street,    14th Floor,    Pittsburgh, PA 15219-6107
14405423    +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14387080    +Hladik, Onorato & Federman,    298 Wissahickon Avenue,    North Wales, PA 19454-4114
14388410    +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14387083    +Peoples Natural Gas Co.,    375 North Shore Dr., Suite 600,    Pittsburgh, PA 15212-5866
14521808    +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
              Pittsburgh, PA 15233-1828
14387085    +SHELLPOINT MORTGAGE SERVICES,    PO BOX 961252,    Fort Worth, TX 76161-0252
14421016    +School District of Pittsburgh,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14387086    +Verizon,    PO Box 25505,    Lehigh Valley, PA 18002-5505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2017 00:38:58     Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14387073    +E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2017 00:38:39     Ally Financial,
              PO Box 130424,   Saint Paul, MN 55113-0004
14396324     E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2017 00:38:39     Ally Financial,
              PO Box 130424,   Roseville MN 55113-0004
14416154    +E-mail/Text: bankruptcy@clearviewfcu.org Jun 15 2017 00:39:22
              Clearview Federal Credit Union,    8805 University Blvd,    Moon Township, PA 15108-4212
14387077    +E-mail/Text: bankruptcy@clearviewfcu.org Jun 15 2017 00:39:22
              Clearview Federal Credit Union,    8805 University Blvd,    Coraopolis, PA 15108-4212
14387079    +E-mail/Text: bankruptcy.notice@hdfsi.com Jun 15 2017 00:39:55     HARLEY DAVIDSON CREDIT,
              3850 ARROWHEAD DR,   Carson City, NV 89706-2016
14387081     E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 15 2017 00:39:38     Jefferson Capital Systems, LLC,
              PO BOX 7999,   Saint Cloud, MN 56302
14387082    +E-mail/Text: bkr@cardworks.com Jun 15 2017 00:38:36     MERRICK BANK,    POB 1500,
              Draper, UT 84020-1500
14387084    +E-mail/Text: csidl@sbcglobal.net Jun 15 2017 00:39:48     Premier Bankcard/ Charter,
              P.O. Box 2208,   Vacaville, CA 95696-8208
                                                                                          TOTAL: 9


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Duquesne Light Company
cr           Harley-Davidson Credit Corp
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14404358*   +Ally Financial,    PO Box 130424,    Saint Paul, MN 55113-0004
14404359*   +At&t,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2694
14404360*   +Bank of New York Mellon,    1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
14404361*   +Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
              Greenville, SC 29603-0826
14404362*   +Clearview Federal Credit Union,    8805 University Blvd,    Coraopolis, PA 15108-4212
14404364*    Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219
14404366*   +HARLEY DAVIDSON CREDIT,    3850 ARROWHEAD DR,    Carson City, NV 89706-2016
14404367*   +Hladik, Onorato & Federman,    298 Wissahickon Avenue,    North Wales, PA 19454-4114
14404368*   ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems, LLC,    PO BOX 7999,
              Saint Cloud, MN 56302)
14404369*   +MERRICK BANK,    POB 1500,    Draper, UT 84020-1500
14404370*   +Peoples Natural Gas Co.,    375 North Shore Dr., Suite 600,    Pittsburgh, PA 15212-5866
14404371*   +Premier Bankcard/ Charter,    P.O. Box 2208,    Vacaville, CA 95696-8208
14404372*   +SHELLPOINT MORTGAGE SERVICES,    PO BOX 961252,    Fort Worth, TX 76161-0252
14404373*   +Verizon,    PO Box 25505,    Lehigh Valley, PA 18002-5505
                                                                        TOTALS: 2, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2          User: gamr              Page 2 of 2              Date Rcvd: Jun 14, 2017
                             Form ID: rsc             Total Noticed: 27
```

```
               ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
          Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Lawrence W. Willis    on behalf of Debtor Gina M. Pantelis help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                        TOTAL: 8
```