IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | ) | |
| | ) | |
| GINA M. PANTELIS | ) | BANKRUPTCY CASE NO. 17-21115 |
| Debtor | ) | |
| PEOPLES NATURAL GAS COMPANY, LLC | ) ) | MOTION NO. CHAPTER 13 |
| Movant, | ) | Related to Docket No. ___ |
| vs. | ) | |
| GINA M. PANTELIS, and RONDA J. WINNECOUR, ESQUIRE, Trustee | ) ) | Hearing Date: 01/17/2018 Hearing Time: 10:30 AM |
| Respondents. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served or caused to be served, a copy of the Motion for Allowance of Administrative Claim, and the Notice of Hearing on the said Motion on the parties at the addresses below, on 12/15/2017, by U.S. regular mail:

Gina M. Pantelis
3012 Pyramid Ave.
Pgh, PA 15227
Debtor

Lawrence W. Willis, Esquire
201 Penn Center Blvd.
Suite 400
Pittsburgh, PA 15235
Attorney for the Debtor

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Office of the U.S. Trustee
Liberty Center - Suite 970
1001 Liberty Avenue
Pittsburgh, Pa. 15222

Executed On: December 15, 2017

    Attorney for Movant
    S. JAMES WALLACE, P. C.
    a professional corporation

    By:    /s/S. James Wallace
        PA ID No. 28815
        S. James Wallace, P. C.
        845 North Lincoln Avenue
        Pittsburgh, Pa. 15233-1828
        412-652-9134
        sjw@sjwpgh.com