IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/9/18 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In RE:                                              )
                                                    )
GINA M. PANTELIS                                    )    BANKRUPTCY CASE NO. 17-21115
        Debtor                                     )
PEOPLES NATURAL GAS COMPANY,                        )    MOTION NO.  59
LLC                                                 )    CHAPTER 13
        Movant,                                    )
        vs.                                        )
GINA M. PANTELIS, and RONDA J.                      )
WINNECOUR, ESQUIRE, Trustee                         )
        Respondents.                               )


ORDER OF COURT

     AND NOW, to-wit, this  9th   day of  January        , 2018, upon Motion of the Peoples Natural Gas Company, LLC, service of the same upon Debtor and Debtor's Counsel and failure of the same to Object or Respond, it is hereby ORDERED, ADJUDGED and DECREED that:

     1.    The Debtor has failed to pay their utility bills and/or security deposit to the Peoples Natural Gas Company, LLC as and when they became due post petition.  The Peoples Natural Gas Company, LLC is entitled to be paid for this administrative claim and either to terminate utility service to the Debtors or be granted adequate assurance of future payment.

     2.    The Court finds that continued utility service is necessary for an effective reorganization by the Debtors.   Therefore, the administrative claims of the Peoples Natural Gas Company, LLC as set forth in the foregoing Motion are hereby allowed and are to be paid through the Chapter 13 Plan.  In addition, as further adequate assurance of payment, the Debtor is hereby ordered to hereafter make the monthly budget payment for utility service provided by Peoples Natural Gas Company, LLC through the Trustee as part of the Chapter 13 Plan.  The budget payment as of the date of this Order is $115.00.

     3.    In order to pay the combined administrative claims and ongoing budget of the Peoples Natural Gas Company, LLC, the Plan payment must be increased.   Distribution to Peoples Natural Gas Company, LLC must begin effective beginning in February of 2018.

4. To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $130.57 shall be distributed to the Movant, the Peoples Natural Gas Company, LLC over the life of the Plan, and shall be paid at priority level three (3). The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Natural Gas Company, LLC.

5. If the ongoing budget required to maintain utility service to the Debtors should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Natural Gas Company, LLC in accord with its usual procedures upon notice to the Debtor or his or her attorney and the Chapter 13 Trustee.  Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtor.

6. If the counsel for the Debtor has not consented to the Order by signing below, this Order is entered by Default subject to the Debtor's right to seek reconsideration of this Order, by written Motion, within twenty (20) days of the date of this Order.

7. Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to file an amended plan including Peoples Natural Gas Company, LLC as set forth in this Order within fifteen (15) days of the date of this Order.  Debtor's counsel or Debtor shall simultaneously file an amended wage order which shall be in the amount required by the amended plan.

8. The debtor's post petition account number is xxxxxxxx7193.

Prepared by:  S. James Wallace, Esq.

**DEFAULT ENTRY**

Dated: January 09, 2018

Gregory L. Taddonio
United States Bankruptcy Judge

cc: S. James Wallace, 845 North Lincoln Avenue, Pittsburgh, PA  15233

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21115-GLT
Gina M. Pantelis                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr         Page 1 of 1           Date Rcvd: Jan 09, 2018
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
db             +Gina M. Pantelis,    3012 Pyramid Ave,    Pittsburgh, PA 15227-2803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lawrence W. Willis    on behalf of Debtor Gina M. Pantelis ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8