# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 17-21115-GLT |
| GINA M. PANTELIS, ) | |
| aka Gina Kurtz, ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| ) | Hearing Date and Time:  6/20/18 at 9:00 am |
| BRENTWOOD BOROUGH ) | |
| SCHOOL DISTRICT, ) | Response Deadline: 5/31/18 |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| GINA M. PANTELIS and ) | |
| RONDA J. WINNECOUR, TRUSTEE, ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF BRENTWOOD BOROUGH SCHOOL DISTRICT TO FILE LATE PROOF OF CLAIM**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than May 31, 2018, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on June 20, 2018 at 9:00 a.m. before the Honorable Gregory L. Taddonio in Courtroom A on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

                                                  Attorney for Movant/Applicant

Date of service:  5/14/18            */s/ Michael C. Mazack*
                                                  Michael C. Mazack, Esq. (Pa. I. D. 205742)
                                                  1500 One PPG Place
                                                  Pittsburgh, PA  15222
                                                  Phone: (412) 566-1212
                                                  Fax: (412) 594-5619
                                                  *Counsel for Brentwood Borough School District*