Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Gina M. Pantelis
aka Gina Kurtz**
   Debtor(s)

Bankruptcy Case No.: 17–21115–GLT
Related to Docket No. 69
Chapter: 13
Docket No.: 70 – 69
Concil. Conf.: August 2, 2018 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **July 5, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **July 20, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **August 2, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: May 21, 2018

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-21115-GLT
Gina M. Pantelis                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2           Date Rcvd: May 21, 2018
                              Form ID: 213            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db          +Gina M. Pantelis,    3012 Pyramid Ave,    Pittsburgh, PA 15227-2803
cr          +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
              Pittsburgh, Pa 15222-5413
cr          +Brentwood Borough School District,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
              1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
cr          +School District of Pittsburgh,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
              Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr          +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. BOX 10826,
              GREENVILLE, SC 29603-0826
14387074    +At&t,   One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2694
14387075    +Bank of New York Mellon,    1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
14387076    +Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
              Greenville, SC 29603-0826
14404363    +Comcast Cable,    PO Box 3005,    Southeastern, PA 19398-3005
14387078     Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219
14404365    +Goehring Rutter & Boehm,    437 Grant Street,    14th Floor,    Pittsburgh, PA 15219-6107
14405423    +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14387080    +Hladik, Onorato & Federman,    298 Wissahickon Avenue,    North Wales, PA 19454-4114
14387083    +Peoples Natural Gas Co.,    375 North Shore Dr., Suite 600,    Pittsburgh, PA 15212-5866
14521808    +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
              Pittsburgh, PA 15233-1828
14387085    +SHELLPOINT MORTGAGE SERVICES,    PO BOX 961252,    Fort Worth, TX 76161-0252
14421016    +School District of Pittsburgh,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14652888     University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14387073    +E-mail/Text: ally@ebn.phinsolutions.com May 22 2018 02:06:16     Ally Financial,
              PO Box 130424,    Saint Paul, MN 55113-0004
14396324     E-mail/Text: ally@ebn.phinsolutions.com May 22 2018 02:06:16     Ally Financial,
              PO Box 130424,    Roseville MN 55113-0004
14660290    +E-mail/Text: csc.bankruptcy@amwater.com May 22 2018 02:07:39     American Water,    PO Box 578,
              Alton, IL 62002-0578
14416154    +E-mail/Text: bankruptcy@clearviewfcu.org May 22 2018 02:06:51
              Clearview Federal Credit Union,    8805 University Blvd,    Moon Township, PA 15108-4212
14387077    +E-mail/Text: bankruptcy@clearviewfcu.org May 22 2018 02:06:51
              Clearview Federal Credit Union,    8805 University Blvd,    Coraopolis, PA 15108-4212
14679669    +E-mail/Text: kburkley@bernsteinlaw.com May 22 2018 02:07:29     Duquesne Light Company,
              c/o Allison L. Carr,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14387079     +E-mail/Text: bankruptcy.notices@hdfsi.com May 22 2018 02:07:20     HARLEY DAVIDSON CREDIT,
              3850 ARROWHEAD DR,    Carson City, NV 89706-2016
14387081     E-mail/Text: JCAP_BNC_Notices@jcap.com May 22 2018 02:07:06     Jefferson Capital Systems, LLC,
              PO BOX 7999,    Saint Cloud, MN 56302
14679615     E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2018 02:15:28     LVNV Funding, LLC,
              c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
14651160     E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2018 02:15:29
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14647067     E-mail/Text: bkr@cardworks.com May 22 2018 02:06:11     MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14387082    +E-mail/Text: bkr@cardworks.com May 22 2018 02:06:11     MERRICK BANK,    POB 1500,
              Draper, UT 84020-1500
14834008    +E-mail/PDF: pa_dc_claims@navient.com May 22 2018 02:15:40     Navient Federal Loan Trust,
              c/o Navient Solutions, LLC,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
14824994     E-mail/PDF: pa_dc_claims@navient.com May 22 2018 02:15:40
              Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
              Wilkes-Barre, PA 18773-9635
14388410    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 02:25:13
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14675708    +E-mail/Text: JCAP_BNC_Notices@jcap.com May 22 2018 02:07:06     Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14387084    +E-mail/Text: csidl@sbcglobal.net May 22 2018 02:07:10     Premier Bankcard/ Charter,
              P.O. Box 2208,    Vacaville, CA 95696-8208
14644541    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2018 10:19:09     Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14387086    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 22 2018 02:06:13
              Verizon,    PO Box 25505,    Lehigh Valley, PA 18002-5505
14647070    +E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2018 02:15:29
              West Florida Hospital,    Resurgent Capital Services,    PO Box 1927,
              Greenville, SC 29602-1927

```
District/off: 0315-2           User: jhel              Page 2 of 2             Date Rcvd: May 21, 2018
                               Form ID: 213            Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                              TOTAL: 20
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Harley-Davidson Credit Corp
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14404358*      +Ally Financial,    PO Box 130424,    Saint Paul, MN 55113-0004
14404359*      +At&t,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2694
14404360*      +Bank of New York Mellon,    1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
14404361*      +Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
14404362*      +Clearview Federal Credit Union,    8805 University Blvd,    Coraopolis, PA 15108-4212
14404364*       Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219
14404366*      +HARLEY DAVIDSON CREDIT,    3850 ARROWHEAD DR,    Carson City, NV 89706-2016
14404367*      +Hladik, Onorato & Federman,    298 Wissahickon Avenue,    North Wales, PA 19454-4114
14404368*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems, LLC,    PO BOX 7999,
                 Saint Cloud, MN 56302)
14404369*      +MERRICK BANK,    POB 1500,    Draper, UT 84020-1500
14404370*      +Peoples Natural Gas Co.,    375 North Shore Dr., Suite 600,    Pittsburgh, PA 15212-5866
14404371*      +Premier Bankcard/ Charter,    P.O. Box 2208,    Vacaville, CA 95696-8208
14404372*      +SHELLPOINT MORTGAGE SERVICES,    PO BOX 961252,    Fort Worth, TX 76161-0252
14404373*      +Verizon,    PO Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                         TOTALS: 2, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lawrence W. Willis    on behalf of Debtor Gina M. Pantelis ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District
               mmazack@tuckerlaw.com,    agilbert@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 9
```