# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 17-21115-GLT |
| GINA M. PANTELIS, ) | |
| aka Gina Kurtz, ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| ) | Hearing Date and Time: 6/20/18 at 9:00 am |
| BRENTWOOD BOROUGH ) | |
| SCHOOL DISTRICT, ) | Response Deadline: 5/31/18 |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| GINA M. PANTELIS and ) | |
| RONDA J. WINNECOUR, TRUSTEE, ) | |
| ) | |
| Respondents. ) | |

## CERTIFICATE OF NO OBJECTION REGARDING
### Motion to File Late Proof of Claim, Docket No. 67

I, the undersigned, certify that, as of the date hereof, no answer, objection of other responsive pleading to the Motion to File Claim After Claims Bar Date filed on May 14, 2018 has been received, The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection of other responsive pleading to the Motion to File Claim After Claims Bar Date appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to File Claim After Claims Bar Date were to be filed and served no later than May 31, 2018.

It is hereby respectfully requested that the Order attached to the Motion to File Claim After Claims Bar Date be entered by the Court.

Date: 6/1/18

By: */s/ Michael C. Mazack*
Michael C. Mazack, Esq. (Pa. I. D. 205742)
1500 One PPG Place
Pittsburgh, PA 15222
Phone: (412) 566-1212
Fax: (412) 594-5619
*Counsel for Brentwood Borough School District*