UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/6/18 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | Bankruptcy No. 17-21115-GLT |
| GINA M. PANTELIS, aka Gina Kurtz, | Chapter 13 |
| Debtors. | |
| BRENTWOOD BOROUGH SCHOOL DISTRICT, | Hearing Date and Time: 6/20/18 at 9:00 am |
| | Response Deadline: 5/31/18 |
| Movant, | Related to Dkt. No. 67 |
| v. | |
| GINA M. PANTELIS and RONDA J. WINNECOUR, TRUSTEE, | |
| Respondents. | |

## MODIFIED DEFAULT ORDER

AND NOW, this 6th Day of June, 2018, upon Motion of Movant, Brentwood Borough School District, it is hereby ORDERED that a Proof of Claim is permitted to be filed by such creditor for $2,605.16.

Prepared by: __Michael Mazack, Esq.__

DEFAULT ENTRY

Dated: June 06, 2018

Gregory L. Taddonio    jah
United States Bankruptcy Judge

Movant shall serve a copy of this Order on respondents, their counsel, the Trustee and the U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

BANK_FIN:589445-1 020706-111902

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21115-GLT
Gina M. Pantelis                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr                  Page 1 of 1              Date Rcvd: Jun 06, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.
db            +Gina M. Pantelis,    3012 Pyramid Ave,    Pittsburgh, PA 15227-2803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lawrence W. Willis    on behalf of Debtor Gina M. Pantelis ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District
               mmazack@tuckerlaw.com,    agilbert@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 9