**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gina M. Pantelis** : | Case No. 17−21115−GLT |
| **aka Gina Kurtz** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | |
| : | Related to Docket No. 69 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 17th of July, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

                                                        Gregory L. Taddonio, Judge
                                                        United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 17-21115-GLT
Gina M. Pantelis                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dbas              Page 1 of 2              Date Rcvd: Jul 17, 2018
                               Form ID: 309            Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
```
db          +Gina M. Pantelis,   3012 Pyramid Ave,   Pittsburgh, PA 15227-2803
cr          +Ally Financial,   Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esquire,   1500 One PPG Place,
              Pittsburgh, Pa 15222-5413
cr          +Brentwood Borough School District,   c/o Michael C. Mazack, Esquire,   Tucker Arensberg, PC,
              1500 One PPG Place,   Pittsburgh, PA 15222-5413
cr          +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
cr          +School District of Pittsburgh,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
              Frick Building,   Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr          +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   P.O. BOX 10826,
              GREENVILLE, SC 29603-0826
14387074    +At&t,   One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2694
14387075    +Bank of New York Mellon,   1661 Worthington Road Suite 100,   West Palm Beach, FL 33409-6493
14387076    +Bank of New York Mellon,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
              Greenville, SC 29603-0826
14860339    +Brentwood Borough School District,   c/o Michael C. Mazack, Esquire,   Tucker Arensberg, P.C.,
              1500 One PPG Place,   Pittsburgh, PA 15222-5413
14404363    +Comcast Cable,   PO Box 3005,   Southeastern, PA 19398-3005
14387078     Duquesne Light Company,   c/o Peter J. Ashcroft, Esquire,   Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219
14404365    +Goehring Rutter & Boehm,   437 Grant Street,   14th Floor,   Pittsburgh, PA 15219-6107
14405423    +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
14387080    +Hladik, Onorato & Federman,   298 Wissahickon Avenue,   North Wales, PA 19454-4114
14387083    +Peoples Natural Gas Co.,   375 North Shore Dr., Suite 600,   Pittsburgh, PA 15212-5866
14521808    +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 North Lincoln Avenue,
              Pittsburgh, PA 15233-1828
14387085    +SHELLPOINT MORTGAGE SERVICES,   PO BOX 961252,   Fort Worth, TX 76161-0252
14421016    +School District of Pittsburgh,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14652888     University of Pittsburgh Physicians,   PO Box 1123,   Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14387073    +EDI: GMACFS.COM Jul 18 2018 05:53:00      Ally Financial,   PO Box 130424,
              Saint Paul, MN 55113-0004
14396324     EDI: GMACFS.COM Jul 18 2018 05:53:00      Ally Financial,   PO Box 130424,
              Roseville MN 55113-0004
14660290    +E-mail/Text: csc.bankruptcy@amwater.com Jul 18 2018 02:25:31       American Water,   PO Box 578,
              Alton, IL 62002-0578
14416154    +E-mail/Text: bankruptcy@clearviewfcu.org Jul 18 2018 02:24:29
              Clearview Federal Credit Union,   8805 University Blvd,   Moon Township, PA 15108-4212
14387077    +E-mail/Text: bankruptcy@clearviewfcu.org Jul 18 2018 02:24:29
              Clearview Federal Credit Union,   8805 University Blvd,   Coraopolis, PA 15108-4212
14679669    +E-mail/Text: kburkley@bernsteinlaw.com Jul 18 2018 02:25:19       Duquesne Light Company,
              c/o Allison L. Carr,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14387079    +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 18 2018 02:25:12       HARLEY DAVIDSON CREDIT,
              3850 ARROWHEAD DR,   Carson City, NV 89706-2016
14387081     EDI: JEFFERSONCAP.COM Jul 18 2018 05:53:00      Jefferson Capital Systems, LLC,   PO BOX 7999,
              Saint Cloud, MN 56302
14679615     EDI: RESURGENT.COM Jul 18 2018 06:03:00      LVNV Funding, LLC,   c/o Resurgent Capital Services,
              PO BOX 10675,   Greenville, SC 29603-0675
14651160     EDI: RESURGENT.COM Jul 18 2018 06:03:00      LVNV Funding, LLC its successors and assigns as,
              assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
14647067     EDI: MERRICKBANK.COM Jul 18 2018 05:53:00      MERRICK BANK,   Resurgent Capital Services,
              PO Box 10368,   Greenville, SC 29603-0368
14387082    +EDI: MERRICKBANK.COM Jul 18 2018 05:53:00      MERRICK BANK,   POB 1500,   Draper, UT 84020-1500
14834008    +EDI: NAVIENTFKASMSERV.COM Jul 18 2018 05:53:00      Navient Federal Loan Trust,
              c/o Navient Solutions, LLC,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
14824994     EDI: NAVIENTFKASMSERV.COM Jul 18 2018 05:53:00      Navient Solutions, LLC. on behalf of,
              Department of Education Loan Services,   PO BOX 9635,   Wilkes-Barre, PA 18773-9635
14388410    +EDI: PRA.COM Jul 18 2018 05:53:00      PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021
14675708    +EDI: JEFFERSONCAP.COM Jul 18 2018 05:53:00      Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
14387084    +E-mail/Text: csidl@sbcglobal.net Jul 18 2018 02:25:04       Premier Bankcard/ Charter,
              P.O. Box 2208,   Vacaville, CA 95696-8208
14644541    +EDI: AIS.COM Jul 18 2018 06:03:00      Verizon,   by American InfoSource LP as agent,
              4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14387086    +EDI: VERIZONCOMB.COM Jul 18 2018 05:58:00      Verizon,   PO Box 25505,
              Lehigh Valley, PA 18002-5505
14647070    +EDI: RESURGENT.COM Jul 18 2018 06:03:00      West Florida Hospital,   Resurgent Capital Services,
              PO Box 1927,   Greenville, SC 29602-1927
                                                                                              TOTAL: 20
```

```
District/off: 0315-2          User: dbas                Page 2 of 2                  Date Rcvd: Jul 17, 2018
                              Form ID: 309              Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Harley-Davidson Credit Corp
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14404358*      +Ally Financial,    PO Box 130424,    Saint Paul, MN 55113-0004
14404359*      +At&t,   One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2694
14404360*      +Bank of New York Mellon,    1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
14404361*      +Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
14404362*      +Clearview Federal Credit Union,    8805 University Blvd,    Coraopolis, PA 15108-4212
14404364*       Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219
14404366*      +HARLEY DAVIDSON CREDIT,    3850 ARROWHEAD DR,    Carson City, NV 89706-2016
14404367*      +Hladik, Onorato & Federman,    298 Wissahickon Avenue,    North Wales, PA 19454-4114
14404368*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:   Jefferson Capital Systems, LLC,    PO BOX 7999,
                 Saint Cloud, MN 56302)
14404369*      +MERRICK BANK,    POB 1500,   Draper, UT 84020-1500
14404370*      +Peoples Natural Gas Co.,    375 North Shore Dr., Suite 600,    Pittsburgh, PA 15212-5866
14404371*      +Premier Bankcard/ Charter,    P.O. Box 2208,    Vacaville, CA 95696-8208
14404372*      +SHELLPOINT MORTGAGE SERVICES,    PO BOX 961252,    Fort Worth, TX 76161-0252
14404373*      +Verizon,   PO Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                 TOTALS: 2, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lawrence W. Willis     on behalf of Debtor Gina M. Pantelis ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Michael C. Mazack     on behalf of Creditor    Brentwood Borough School District
               mmazack@tuckerlaw.com,    agilbert@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```