IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GINA M. PANTELIS,<br><br>           Debtor.<br>_____<br><br>SCHOOL DISTRICT OF PITTSBURGH,<br><br>           Movant,<br><br>v.<br><br>GINA M. PANTELIS,<br><br>           Respondent. | )<br>)  Chapter 13<br>)<br>)  Case No.: 17-21115-GLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WITHDRAWAL OF PROOF OF CLAIM #4-1

     AND NOW, comes the School District of Pittsburgh, a secured creditor in the above-referenced Bankruptcy case, by and through its Counsel, Jeffrey R. Hunt, Esquire and Goehring, Rutter & Boehm, and hereby files its withdrawal of Proof of Claim #4-1 filed on behalf of School District of Pittsburgh on May 11, 2017 in the amount of $2,395.73 for unpaid delinquent real estate taxes for 2015 for Block and Lot 137-C-226.

Dated:   July 23, 2018                Respectfully submitted,

                                              GOEHRING, RUTTER & BOEHM

                                              By:    /s/ Jeffrey R. Hunt
                                                        Jeffrey R. Hunt, Esquire
                                                        Pa. I.D. #90342
                                                        Frick Building, 14th Floor
                                                        437 Grant Street
                                                        Pittsburgh, PA  15219
                                                        (412) 281-0587
                                                        Attorney for Movant
                                                        jhunt@grblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GINA M. PANTELIS,<br><br>            Debtor.<br><br>_____<br><br>SCHOOL DISTRICT OF PITTSBURGH,<br><br>            Movant,<br><br>v.<br><br>GINA M. PANTELIS,<br><br>            Respondent. | )<br>)  Chapter 13<br>)<br>)<br>)  Case No.: 17-21115-GLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM #4-1 has been served this 23rd day of July, 2018 by first-class United States mail, postage prepaid, upon:

Lawrence W. Willis, Esq.
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                                        /s/ Jeffrey R. Hunt
                                        Jeffrey R. Hunt, Esquire