**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GINA M. PANTELIS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-21115 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/22/2017 and confirmed on 08/03/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,840.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,840.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,428.46 | |
|     Trustee Fee | 332.22 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,760.68 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 4522 | 0.00 | 4,881.51 | 0.00 | 4,881.51 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 4522 | 22,048.98 | 0.00 | 0.00 | 0.00 |
|   BRENTWOOD BORO SD (BRENTWOOD) (R<br>    Acct: C226 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BRENTWOOD BORO SD (BRENTWOOD) (R<br>    Acct: C226 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BRENTWOOD BORO SD (BRENTWOOD)(RE<br>    Acct: C226 | 1,757.50 | 0.00 | 0.00 | 0.00 |
|   BRENTWOOD BORO SD (BRENTWOOD)(RE<br>    Acct: C226 | 847.66 | 0.00 | 0.00 | 0.00 |
|   ALLY FINANCIAL(*)<br>    Acct: 7505 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HARLEY DAVIDSON CREDIT CORP*<br>    Acct: 5367 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 4,881.51 |

Priority

| 17-21115 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GINA M. PANTELIS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAWRENCE W WILLIS ESQ | 3,000.00 | 2,428.46 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 197.81 | 0.00 | 197.81 |
| | Acct: 7193 | | | | |
| | | | | | 197.81 |
| Unsecured | | | | | |
| | AT & T CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BANK OF NEW YORK MELLON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLEARVIEW FCU** | 704.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 1875 | | | | |
| | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DUQUESNE LIGHT COMPANY* | 2,291.52 | 0.00 | 0.00 | 0.00 |
| | Acct: -765 | | | | |
| | GOEHRING RUTTER & BOEHM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HLADIK ONORATO & FEDERMAN LLP** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MERRICK BANK | 1,141.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 2057 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 1,551.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 3877 | | | | |
| | PREMIER BANKCARD LLC | 297.23 | 0.00 | 0.00 | 0.00 |
| | Acct: 0671 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR V | 1,262.79 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR V | 1,287.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | WEST FLORIDA HOSPITAL | 147.14 | 0.00 | 0.00 | 0.00 |
| | Acct: 2542 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 719.47 | 0.00 | 0.00 | 0.00 |
| | Acct: 1131 | | | | |
| | UNIVERSITY OF PITTSBURGH PHYSICIANS | 175.47 | 0.00 | 0.00 | 0.00 |
| | Acct: 0765 | | | | |
| | AMERICAN WATER(*) | 824.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 5475 | | | | |
| | LVNV FUNDING LLC | 2,678.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 2455 | | | | |
| | NAVIENT SOLUTIONS INC O/B/O DEPARTM | 17,232.33 | 0.00 | 0.00 | 0.00 |
| | Acct: X0765 | | | | |
| | NAVIENT FEDERAL LOAN TRUST | 12,905.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 0765 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SHELLPOINT MORTGAGE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL C MAZACK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

**TOTAL PAID TO CREDITORS**      5,079.32

TOTAL CLAIMED
PRIORITY        0.00
SECURED     24,654.14
UNSECURED   43,219.17

Date: 08/02/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com